

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00291-CR

**FELMON LAKEITH LAURY,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 82nd District Court
Robertson County, Texas
Trial Court No. 08-03-18,448-CR**

## ORDER ON REHEARING

Appellant's Motion for Rehearing, filed on October 3, 2018, is denied.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed October 17, 2018

